AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Texas

JAYLA CALLIER

*Plaintiff(s)*

v.

ASPIRE LAW GROUP, PLLC

*Defendant(s)*

Civil Action No. 6:25-CV-501 (JDL)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ASPIRE LAW GROUP, PLLC
Registered Agent Stuart M. Dorf
275 E. Jefferson Avenue, Suite 400
Detroit, Michigan 48207

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jayla Callier
Plaintiff, Pro Se
1416 Old Noonday Rd.
Tyler, Texas 75701
903-363-8144
jaylacallier2000@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 12/09/2025

*Signature of Clerk or Deputy Clerk*