**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**

JAYLA CALLIER,

Plaintiff

VS. Case No. 6:25-cv-00501-JDL

ASPIRE LAW GROUP, PLLC,

Defendant

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**
**PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

THE PARTIES HEREBY GIVE NOTICE that the above captioned action is voluntarily dismissed with prejudice against the sole Defendant Aspire Law Group, PLLC, and as to all causes of action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Respectfully submitted,

Dated April 17, 2026

/s/ Ellen Fox Davis
Ellen Fox Davis
Shipkevich PLLC
521 Fifth Avenue, Ste 1700
New York, NY 10175
Tel: 301-467-4299
Fax: +1 888-568-5815
edavis@shipkevich.com
*Counsel for Defendant*
*Aspire Law Group, PLLC*

Dated April 17, 2026

/s/ Jayla Callier
Jayla Callier
*Plaintiff Pro Se*
*Jaylacallier2000@gmail.com*

_